IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARSHALL MUTUAL INSURANCE COMPANY, *an Illinois mutual company, as subrogee of J. Gard Farms, Inc.*,

Plaintiff,

v.

Case No. 15-cv-1355 JPG/SCW

FOREST RIVER, INC.,

Defendant.

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: June 26, 2017**  **JUSTINE FLANAGAN, Acting Clerk of Court**

**s/Tina Gray, Deputy Clerk**

**Approved:**  *s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**